UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **GREGORY L. NORWOOD** | **CIVIL ACTION NO. 21-3625** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **SHERIFF'S OFFICE OF CADDO PARISH, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that Plaintiff Gregory L. Norwood's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

IT IS FURTHER ORDERED that all remaining motions in this case are **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this 22nd day of August 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE